UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT VAUGHN HARTWIG,<br><br>            Defendant. | No. CR-07-171-FVS<br><br>ORDER GRANTING MOTION TO TRAVEL AND GRANTING IN PART MOTION TO MODIFY RELEASE CONDITIONS |

At the December 19, 2007, hearing on Defendant's Motion to Modify Release Conditions (Ct. Rec. 17) and Motion to Permit Travel (Ct. Rec. 14), Defendant was present with retained counsel Bryan P. Whitaker. Assistant U.S. Attorney Pamela J. Byerly represented the United States.

Both sides argued.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Release conditions **(Ct. Rec. 17)** is **GRANTED in part** as follows:

    a. Defendant may use a computer only as necessary for employment purposes **and only following inspection of the hard drive by FBI prior to use**. Pretrial Services shall confirm he does not have a laptop with a wireless connection or internet access at his home.

ORDER GRANTING MOTION TO TRAVEL AND GRANTING
IN PART MOTION TO MODIFY RELEASE CONDITIONS - 1

1      b.   As stated in this court's Order filed December 12, 2007,
2         Defendant shall not frequent malls or any other place where
3         there may be minors present, but Defendant may be with his own
4         children.
5     2.   Defendant's Motion to Travel **(Ct. Rec. 14)** is **GRANTED**.
Defendant may travel to Boise, Idaho, on December 23, 2007, returning to Spokane no later than December 29, 2007. Defendant shall provide Pretrial Services with the address and phone number where he will be staying during his stay in Boise, and shall abide by all release conditions while traveling. In addition, there shall be no computers in the home where Defendant is staying in Boise, and Defendant shall be in the presence of his spouse at all times.

DATED December 20, 2007.

                           S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE