UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT VAUGHN HARTWIG, <br><br> Defendant. | NO. CR-07-171-RHW <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO PERMIT COMPUTER USE DURING SCOPE OF EMPLOYMENT** |

Before the Court is Defendant's Motion to Permit Computer Use During Scope of Employment (Ct. Rec. 33). A hearing was held on the motion on April 23, 2008, in Spokane, Washington. Defendant was present and represented by Bryant Whitaker. The Government was represented by Stephanie Lister.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Permit Computer Use During Scope of Employment (Ct. Rec. 33) is **GRANTED**.

2. The conditions of pretrial release are modified as follows:

 a. Defendant shall be permitted to computers in the course of his employment.

 b. Defendant shall access computers only while under the supervision and direction of his employer, Petrushka Pablovich.

 c. Defendant shall not access the internet unless a program upgrade is being installed, or Defendant is corresponding with a business client through an email system. Defendant shall not log on to or access any instant messaging

**ORDER GRANTING DEFENDANT'S MOTION TO PERMIT COMPUTER USE DURING SCOPE OF EMPLOYMENT ~ 1**

systems or chat rooms.

     d.    Defendant shall permit the Probation Officer or designee to conduct random inspections, including retrieval and copying of data from any computer, and any personal computing device that Defendant possesses or has access to, including any internal or external peripherals.  This may require temporary removal of the equipment for a more thorough inspection.  Defendant shall not possess or use any data encryption technique or program.  Defendant shall purchase and use such hardware and software systems that monitor the Defendant's computer usage, if directed by the Probation Officer.

     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to counsel and the United States Probation Office.

     **DATED** the 30th day of April, 2008.

                        *S/ Robert H. Whaley*

                        ROBERT H. WHALEY
                      Chief United States District Judge

Q:\CRIMINAL\2007\Hartwig\grant.wpd

**ORDER GRANTING DEFENDANT'S MOTION TO PERMIT COMPUTER USE DURING SCOPE OF EMPLOYMENT ~ 2**